Jillian Kindlund
Kindlund Legal LLC
19142 Rocky Crest Terr
Leesburg, VA 20176
(240) 997-5775
jillian@kindlundlegal.com

# SERVICES

Date: March 17, 2021
INVOICE # 1

| Attorney | | Payment Terms | |
|---|---|---|---|
| Jillian Kindlund $400.00 /hr | | | |

| Qty | Description | | |
|---|---|---|---|
| | | | |
| September 10, 2019 | Initial contact with client via phone | | N/C |
| September 15, 2019 | Prepared skeleton petition for filing and reviewed with client | 1.5 hr | $600.00 |
| September 29, 2019 | Completed chapter 13 petition and Statement of SS Numbers; sent email to client regarding it | 1.0 hr | $400.00 |
| October 14, 2019 | Filed Motion to Extend Time to File Schedules | .6 hr | $240.00 |
| October 14-16, 2019 | Sent and received several emails from client re: 341 meeting, documents needed, and phone meeting to go over schedules | .7 hr | $280.00 |
| October 15, 2019 | Forwarded email to client re: certificate ready to file | .1 hr | $40.00 |
| October 16, 2019 | Sent and received several emails from client re: draft schedules of assets, income, and statement of financial affairs for schedules | .5 | $200.00 |
| October 16, 2019 | Prepared and filed Motion to Extend time and Order on Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Chapter 13 Plan | .3 hr | $120.00 |
| October 18, 2019 | Received email from client re: pay stubs | .1 hr | $40.00 |
| October 18-20, 2019 | Sent and received several emails from client re: signing Chapter 13 plan and schedules | .4 hr | $160.00 |
| October 20, 2019 | Prepared and filed Schedules A/B- J and Chapter 13 Statement of Currently Monthly Income & Calculation of Commitment Period for 3 Years | 1.5 | $600.00 |
| October 21, 2019 | Prepared and filed Order re: Statement of No Alterations | .3 | $120.00 |
| October 29, 2019 | Sent email to client re: status of tax transcripts | .1 | $40.00 |
| November 3, 2019 | Received and sent email to client re: status on tax transcripts and phone call with client | .3 | $120.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| November 4, 2019 | Sent and received email to client re: pay stubs | .3 | $120.00 |
| November 5, 2019 | Sent email to client re: status on tax transcripts and continuation of Trustee meeting | .1 | $40.00 |
| November 15, 2019 | Sent and received several emails to client re: status of tax transcripts | .4 | $160.00 |
| November 20, 2019 | Received email from client re: completed tax returns and pay stubs | .1 | $40.00 |
| December 2-5, 2019 | Received and sent email to client re: status of tax transcripts and refiling Chapter 13 plan | .4 | $160.00 |
| December 6-8, 2019 | Sent and received email from client re: signed Chapter 13 plan and Statement of No Alterations | .2 | $80.00 |
| December 6, 2019 | Prepared and filed Chapter 13 Plan *to include Debtor's signature* and Statement of No Alterations (1.5 hr) | | n/c |
| December 10, 2020 | Sent and received email from client re: tax returns | .3 | $120.00 |
| December 16, 2019 | Sent email to client re: Trustee requested documents re: 341 meeting | .1 | $40.00 |
| December 16, 2019 | Sent email to client re: IRS Proof of Claim | .1 | $40.00 |
| December 16, 2019 | Filed Amended Chapter 13 Plan *includes Debtor's signature* | .3 | $120.00 |
| December 20-22, 2019 | Sent and received several emails to client re: Amended IRS Proof of Claim | .3 | $120.00 |
| January 15-17, 2020 | Forwarded email from Rebecca Herr (Trustee), and sent and received several emails to client re: continuation of hearing | .5 | $200.00 |
| April 14-16, 2020 | Received and sent several emails to client re: continuation of hearing and signature required on revised Chapter 13 plan | .6 | $240.00 |
| April 15, 2020 | Prepared and filed 2nd Amended Chapter 13 Plan | 1.3 | $520.00 |
| April 16, 2020 | Sent email to client re: Revised Chapter 13 plan | .1 | $40.00 |
| April 16, 2020 | Sent email to client re: pending confirmation of Chapter 13 plan, continuation of confirmation, & signature for revised Chapter 13 plan | .3 | $120.00 |
| April 16, 2020 | Prepared and filed 3rd Amended Chapter 13 Plan | 1.2 | $480.00 |
| April 16, 2020 | Prepared and filed 4th Amended Chapter 13 Plan | .5 | $200.00 |
| May 8, 2020 | Forwarded email from Rebecca Herr (Trustee) to client re: confirmation of Chapter 13 plan | .1 | $40.00 |
| May 14, 2020 | Forwarded email from Rebecca Herr (Trustee) to client re: recommendation of Chapter 13 plan | .1 | $40.00 |
| May 18, 2020 | Forwarded email from Rebecca Herr (Trustee) to client re: confirmation of Chapter 13 plan | .1 | $40.00 |
| March 2021 | Estimated time for hearing on application | 1.0 | $400.00 |
| Subtotal | Total Services | | 15.8 hours at $6320.00 |

| | Total |
|---|---|
| | Services $6320.00 |
| | Sub total $6320.00 |
| | Retainer paid - $2090.00 |
| | **Balance $4230.00** |