# United States Bankruptcy Court
# District of Columbia

| | |
|---|---|
| In re<br>**_Daniel Haught_**<br><br>**Debtor**<br><br>Address: 3006 Porter St, NW, Washington, DC 20028<br><br>Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s): 3014 | )<br>)<br>)<br>)<br>) **Case No.**<br>) **19-00648**<br>)<br>)<br>) **Chapter**<br>) **13** |

## AMENDED MOTION TO MODIFY CONFIRMED PLAN

Now comes the Debtor, Daniel Haught, by his attorney, Jillian M. Kindlund, and files this Motion to Modify Confirmed Plan, and for cause states:

1. Debtor's Chapter 13 plan was confirmed on May 18, 2020 (the "Plan"). The Plan was confirmed with monthly payments are $805.34 for months 1 through 60.

2. Debtor proposes to modify the Plan by increasing the plan payment for months 49-60 to the amount of $1544.93, due to a claim filed by the Department of Taxation, Commonwealth of Virginia, per month for months 49-60, for a total period of 60 months.

3. Beginning September 1, 2023, the Debtor will begin to pay the proposed modified plan amount of $1544.93 per month.

4. A proposed Modified Seventh Amended Chapter 13 Plan is attached.

5. The plan as modified meets the requirements of the Bankruptcy Code.

Date: November 6, 2023

/s/ Jillian M. Kindlund
Jillian M. Kindlund 975458
Attorney for the Debtor
20130 Lakeview Center Plaza
Ste 400
Ashburn, VA 20147
(240) 997-5775

# CERTIFICATE OF SERVICE OF MODIFIED CHAPTER 13 PLAN

Check all that apply:

__ **AMENDED PLANS ONLY INCREASING PAYMENTS**: __ The Modified Chapter 13 Plan filed herewith on _____, makes no changes from the last previously-filed Plan other than to increase the amount payable under the Plan. In such event, no service is required.

☐ A separate certificate of service shall be filed pursuant to Federal Rule of Bankruptcy Procedure 7004.

X I certify that on October 18, 2023, I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

Rebecca Herr, Chapter 13 Trustee
185 Admiral Cochrane Drive #240
Annapolis, MD 21401

Signor of Proof of Claim
Maria Bahena
Commonwealth of Virginia
Department of Taxation
PO Box 2156
Richmond VA 23218

Commonwealth of Virginia
Department of Taxation
P.O. Box 2156
Richmond, VA 23218

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Signor of the Proof of Claim
J. Gibson
Bankruptcy Specialist
Internal Revenue Service
31 Hopkins Plaza Rm 1150
Baltimore, MD 21201

    /s/ Jillian M. Kindlund
    Kindlund Legal LLC 975458
    20130 Lakeview Center Plaza Ste 400
    Ashburn, VA 20147
    (240) 997-5775
    jillian@kindlundlegal.com