The order below is hereby signed.

Signed: December 13 2023



/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DANIEL J. HAUGHT, | : | Case No.: 19-00648-ELG |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| _____ | | |

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMATION ORDER**

Upon consideration of the Debtor's Motion to Modify Plan at ECF 67 ("Motion") filed December 12, 2023; the review of the Trustee, and the court record herein, it is, by the United States Bankruptcy Court for the District of Columbia

**ORDERED**, that the Debtor's *Motion* filed December 12, 2023 be and the same is hereby GRANTED; and it is further

**ORDERED**, that this Court's confirmation order entered January 16, 2020, be hereby modified as follows to payments to the trustee to: $805.34 per month for 48 months, and then $1544.93 per month for 12 months, for a total of 60 months, and a plan base of $57,195.48; and it is further

**ORDERED**, that all other provisions in the Confirmation Order dated January 16, 2020 remain

unchanged.

**IT IS SO ORDERED.**

I ASK FOR THIS:


/s/ Jillian M. Kindlund
Jillian M. Kindlund
Fed Bar No.: 975458
20130 Lakeview Center Plaza, Ste. 400
Ashburn VA 20147
(240) 997-5775
*Attorney for Debtor*

SEEN AND NO OBJECTION:


Rebecca A. Herr
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com


I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to those set forth in the original order; and the signatures represented by the /s/_____ on the copy of the order submitted to the Court reference the signatures of consenting parties obtained on the original order.

/s/ Jillian Kindlund

Jillian Kindlund

cc:   Debtor
    Attorney for Debtor
    Trustee
    All Creditors and Parties on the Mailing Matrix